UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF MONTEREY PENINSULA,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC,<br><br>Defendant. | Case No. 16-CV-01720-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Elias Salameh
Defendant's Attorneys: Steven Blackburn, Michael Jente

An initial case management conference was held on June 8, 2016. A further case management conference is set for August 11, 2016, at 1:30 p.m. The parties shall file their joint case management statement by August 4, 2016.

The parties shall file a stipulated protective order for Judge Lloyd's signature by June 15, 2016. The parties shall exchange initial disclosures by June 22, 2016.

The Court referred the parties to Court-sponsored mediation with a deadline for completion of October 6, 2016. The parties shall contact the Court's ADR program promptly to determine a mutually acceptable mediator and mediation date.

1

Case No. 16-CV-01720-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Close of Fact Discovery | January 10, 2017 |
| Opening Expert Reports | January 10, 2017 |
| Rebuttal Expert Reports | January 31, 2017 |
| Close of Expert Discovery | February 21, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | March 9, 2017 |
| Hearing on Dispositive Motions | April 13, 2017, at 1:30 p.m. |
| Final Pretrial Conference | June 15, 2017, at 1:30 p.m. |
| Bench Trial | July 10, 2017, at 9:00 a.m. |
| Length of Trial | 3 days |

**IT IS SO ORDERED.**

Dated: June 8, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 16-CV-01720-LHK
CASE MANAGEMENT ORDER