United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF MONTEREY PENINSULA,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.,<br><br>Defendant. | Case No. 16-CV-01720-LHK<br><br>**ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 42 |

On June 21, 2016, the parties informed the Court that the parties have reached a settlement and expect the settlement to be completed within the next sixty days. ECF No. 42. In light of the settlement, the parties asked the Court to vacate the hearing on Defendant Government Employees Health Association, Inc.'s ("Defendant") motion to dismiss, currently set for August 11, 2016, at 1:30 p.m., and the case management conference set for the same date and time. The parties' request is DENIED. The Court hereby CONTINUES the hearing and case management conference to September 15, 2016, at 1:30 p.m. The parties shall file their stipulation of dismissal with prejudice within sixty days. If the parties fail to do so, Plaintiff Community Hospital of Monterey Peninsula shall file an opposition to Defendant's motion to dismiss by August 29, 2016.

1

Case No. 16-CV-01720-LHK
ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE

1  Defendant may file a reply by September 5, 2016.  The parties shall file their joint case
2  management by September 7, 2016, and proceed with the hearing and case management
3  conference on September 15, 2016.

**IT IS SO ORDERED.**

Dated: June 22, 2016

_____
LUCY H. KOH
United States District Judge